*-APPLICATION-*

**Title**

Abro Carb & Choke

Case 3:24-cv-01667-TLT-MCS Document 1-1 Filed 10/25/24 Page 2 of 4

**Registration #:**

**Service Request #:**   1-1845314781



**ABRO CARB & CHOKE CLEANER** *penetrates and dissolves* dirt, gum, carbon and varnish deposits that can impede moving parts.

**DIRECTIONS:** Remove the air filter and spray exterior carburetor linkage. To remove gum and varnish from the throttle plate, spray short bursts into the carburetor bowl while engine is idling. **AUTOMATIC CHOKE:** Open and close by hand while spraying on choke valve shaft. If the choke continues to stick, remove the choke cover. Start engine and spray vacuum cylinder while idling. **PCV VALVE:** Disconnect the crankcase side of the valve and spray short bursts into the exposed end. THIS MUST BE DONE WHEN THE ENGINE IS COLD. Allow to penetrate. Start the engine and once again spray into the exposed end of the valve. Wait a minute and turn the engine off. **MANIFOLD HEAT CONTROLS:** Spray on exposed ends of the heater valve when the engine is cold. Allow to penetrate. Move the counterweight back and forth until the valve frees up. WARNING: DO NOT EXPOSE THIS PRODUCT TO PAINT. If spilled, wash off immediately.

**DANGER:** EXTREMELY FLAMMABLE! **Contains Toluene, Acetone and Methanol.** Cannot be made non-poisonous. Do not puncture, incinerate or expose to heat above 120°F (49°C) for container may burst. **Use with adequate ventilation.** HARMFUL OR FATAL IF SWALLOWED. If ingested, drink 1-2 glasses of water. **Do not induce vomiting.** Seek medical attention immediately! SKIN and EYE IRRITANT. For eye contact, flush with water for 15 minutes. KEEP OUT OF REACH OF CHILDREN.

El **Limpiador de Carburador ABRO** *penetra y disuelve* depósitos de goma, mugre, barniz y carbón; que impiden el buen rendimiento de partes que están en constante movimiento.

**INSTRUCCIONES:** Remueva el filtro de aire y rocíe el exterior del carburador. Para remover goma o barniz de la válvula reguladora rocíe pequeñas ráfagas de este producto en la taza del carburador, mientras el motor esta encendido (no conduzca). **OBTURADOR AUTOMÁTICO:** Abralo y cierrelo mientras rocía el Limpiador de Carburador. **VÁLVULA PCV:** Desconecte el cárter del motor del lado de la válvula y rocíe pequeñas ráfagas a la parte expuesta. ESTO DEBE SER HECHO CUANDO EL MOTOR ESTA FRÍO. Permita que penetre, arranque el motor y rocíe nuevamente a la parte expuesta de la válvula. Espere un minuto y apague el motor. **CONTROLADORES**