# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| ABRO INDUSTRIES, INC., | ) |
| | ) |
| Plaintiff, | ) CAUSE NO. 3:14-cv-01984 |
| | ) |
| vs. | ) |
| | ) |
| 1 NEW TRADE, INC., IGOR ZORIN, BORIS BABENCHIK, VADIM FISHKIN and QUEST SPECIALTY COATINGS, LLC | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, this Corporate Disclosure Statement is filed on behalf of the Plaintiff, ABRO Industries, Inc.

1. Is said party a subsidiary or other affiliate of another corporation?

    ___ Yes          _x_ No

If the answer is Yes, list below the identity of the parent or other affiliate corporation and the relationship between it and the named party:

2. Is there a publicly held company that owns 10% or more of said party's stock?

    ___ Yes          _x_ No

If the answer is Yes, identify each publicly held company that owns 10% or more of the party's stock.

On behalf of the Plaintiff, the undersigned counsel certifies that the foregoing corporate disclosure will be supplemented within a reasonable time in the event of any change in the information reflected above.

Respectfully submitted,

  /s/ Georgina D. Jenkins
D. Randall Brown (15127-49)
*randy.brown@btlaw.com*
600 One Summit Square
Fort Wayne, IN  46802
Telephone:  (260) 423-9440
Facsimile:   (260) 424-8316

Alice J. Springer (25105-64)
*alice.springer@btlaw.com*
Georgina D. Jenkins (31357 71)
*georgina.jenkins@btlaw.com*
700 1st Source Bank Center
100 North Michigan Street
South Bend, IN  46601-1632
Telephone:  (574) 233-1171
Facsimile:   (574) 237-1125

ATTORNEYS FOR THE PLAINTIFF